October 6, 2005

United States Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 9200
Boston, Ma. 02210

    Re: United States v. Terrence J. Joyce
        Court No. 05-CV-11818-RWZ
        USAO No. 2005Z00350/001

Dear Mrs. Desingco,

    This letter is in response to your recent phone call to my parent's home and your letter dated October 5, 2005. As I had stated in my previous letter to you, I would appreciate it if you would refrain from trying to contact me or any of my relatives by phone regarding this litigation. All correspondence should be by regular U.S. mail. Furthermore, in accordance with F.R.C.P. rule 4(G) you did not serve me properly with your waiver. I did not receive a prepaid means of compliance in writing with the waiver as you indicated in your letter. As a result, I filed the original with the District court prior to September 8, 2005. If you would like an original copy for your records, please forward a stamped addressed envelope to me and I will be happy to provide you with a copy. Thanks for your attention to this matter.

                                      Sincerely,
                                      Terrence J. Joyce

Cc: District Court