UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>PLAINTIFF, )<br>)<br>)<br>V. )<br>)<br>_____ )<br>)<br>)<br>TERRENCE J. JOYCE, )<br>)<br>)<br>DEFENDANT, )<br>)<br>)<br>_____ ) | Case No. 05-CV-11818-RWZ<br>USAO No. 2005Z00350/001 |

DEFENDANT'S ANSWER TO COMPLAINT

Terrence J. Joyce, the Defendant in this case, hereby responds to the complaint of the United States of America and states the following:

1.   Jurisdiction of this action is conferred on the court by 28 U.S.C. 1345.

1.   Admitted.

2.   The defendant, Terrence J. Joyce, resides in the District of Massachusetts at 30 Fort Meadow Drive, Hudson, Ma. 01749.

1

2.   Admitted. The defendant is temporarily residing at this address until he can maintain a minimal standard of living.

3.   Joyce is indebted to the United States in the principal amount of $29,877.83 plus interest computed at the rate of 6.0 percent per annum for a total amount of $29,897.48 as of September 2, 2005. Thereafter, interest on the principal amount will accrue at the rate of 6 percent per annum until the date of judgment.

3.   Denied.

4.   Joyce has failed to repay the aforesaid sum although demand has been duly made.

3.   Denied.

WHEREFORE, the plaintiff's request for declaratory relief should be denied and the case dismissed in its entirety.

Respectfully Submitted,

Terrence J. Joyce

*/s/ Terrence J. Joyce*

Terrence J. Joyce

Dated:   November 2, 2005

### CERTIFICATE OF SERVICE

I, Terrence J. Joyce, hereby certify that a copy of the foregoing document has been served, pro se, via certified United States mail, postage prepaid on the 2 day of November, 2005 upon the following parties:

United States of America
1 Courthouse Way, Suite 9200
Boston, Mass. 02210