UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Court No. 05-11818-RWZ |
| TERRENCE J. JOYCE, ) | |
| Defendant. ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND TO DISMISS FOR FAILURE TO SHOW A VIABLE CAUSE**

The United States of America (hereinafter the "plaintiff") hereby opposes the motion filed by Terrence J. Joyce (hereinafter the "defendant") to strike the Certificate of Indebtedness and to dismiss the complaint for failure to show a "viable cause." The Court should deny the defendant's motion as it is without merit. The defendant sets forth no legal grounds in support of his motion.

The purpose of the plaintiff's inclusion of a recital of the defendant's bankruptcy proceedings in the Certificate of Indebtedness was to offer proof that Joyce had previously admitted the existence of the HEAL loan debt and failed in his attempt to have this debt discharged by the United States Bankruptcy Court.

WHEREFORE, the United States respectfully requests that Joyce's motion to strike the Certificate of Indebtedness and to dismiss denied.

```
                                Respectfully submitted,

                                UNITED STATES OF AMERICA
                                By its attorneys

                                MICHAEL J. SULLIVAN
                                United States Attorney

Dated: November 15, 2005 By:    /S/ Christopher R. Donato
                                CHRISTOPHER R. DONATO
                                Assistant U.S. Attorney
                                John Joseph Moakley Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748-3303
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above-document was served by first class mail, postage prepaid, upon the *pro se* defendant at the following addresses:

Terrence J. Joyce
30 Fort Meadow Drive
Hudson, MA 01749

```
Dated: November 15, 2005        /s/ Christopher R. Donato
                                CHRISTOPHER R. DONATO
                                Assistant U.S. Attorney
```