UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>PLAINTIFF, )<br>v. )<br>_____ )<br>TERRENCE J. JOYCE, )<br>DEFENDANT, )<br>_____ ) | Case No. 05-11818RWZ |

DEFENDANT'S DEMAND FOR A TRIAL BY JURY

The defendant, Terrence J. Joyce, hereby demands that the United States District Court for the District of Massachusetts allow a trial by jury should these proceedings be irresolvable and proceed to trial. The defendant also reserves the right to transfer this case to the Worcester Federal Court for trial or for pre-trial conferencing.

Respectfully submitted,

Terrence J. Joyce

_____
Terrence J. Joyce

Dated:   November 2, 2005

1

## CERTIFICATE OF SERVICE

I, Terrence J. Joyce, hereby certify that a copy of the foregoing document has been served, pro se, via certified United States mail, postage prepaid on the 2 day of November, 2005 upon the following parties:

United States of America
1 Courthouse Way, Suite 9200
Boston, Mass. 02210