```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

|                              |   |                                |
|------------------------------|---|--------------------------------|
| UNITED STATES OF AMERICA,    | ) |                                |
|     Plaintiff,               | ) |                                |
|                              | ) |                                |
| v.                           | ) | Civil Action No. 05-11818-RWZ |
|                              | ) |                                |
| TERRANCE J. JOYCE,           | ) |                                |
|     Defendant.               | ) |                                |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the "Joint Statement" was served by first class mail, postage prepaid, upon the *pro se* defendant at the following addresses:

Terrence J. Joyce
30 Fort Meadow Drive
Hudson, MA 01749

Dated: December 6, 2005         /s/ Christopher R. Donato
                                CHRISTOPHER R. DONATO
                                Assistant U.S. Attorney