UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>TERRANCE J. JOYCE,<br>    Defendant. | Civil Action No. 05-11818-RWZ |

**UNITED STATES OF AMERICA'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the plaintiff, United States of America, hereby certifies that it has conferred with a representative of the Department of Health and Human Services concerning projected expenses for this litigation as well as alternative dispute resolution programs that may at some point assist in resolving this litigation.

Dated: 12/6/05

Barry M. Blum
Chief, Referral Control Section
Debt Management Branch
Program Support Center
5600 Fishers Lane, Room 2B-60
Rockville, MD 20857
(301) 443-1782

Dated: 12/5/05

Christopher R. Donato
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303