12-6-05

Christopher Donato
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Mass. 02210

RE: Civil Action No. 05-11818-RWZ

Dear Mr. Donato,

In accordance with Local Rule 16.1 and Fed. R. Civ. P. 16(b) and 26 (f), I have not yet heard from your office by phone or in writing to confer regarding pretrial scheduling or with regards a possible settlement proposal. Please be advised that you are now in violation of sections (B) and (C) of Local Rule 16.1 which may result in sanctions under Local Rule 1.3. If you can forward to me a copy of the original promissory note you are alleging that I have failed to make payment on before noon on Monday December 12, 2005, I would be willing to consider limiting discovery as set forth in Fed. R. Civ. P. 26(b) and negotiating a settlement. In addition, if you would like to draft a joint statement proposal, I would be willing to review it and provide you with my feedback prior to (5) days before the scheduling conference on December 15, 2005 so that it may be filed with the

1

court in a timely manner. Thanks for your attention to this matter.

                                              Sincerely,

                                              Terrence J. Joyce

                                              Terrence J. Joyce

                                              30 Fort Meadow Dr.

                                              Hudson, Ma. 01749

Dated:   December 7, 2005

## CERTIFICATE OF SERVICE

I, Terrence J. Joyce, hereby certify that a copy of the foregoing document has been served, pro se, via certified United States mail, postage prepaid on the 7th day of December, 2005 upon the following parties:

United States of America
1 Courthouse Way, Suite 9200
Boston, Mass. 02210

2