```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No.  05-11818-RWZ |
| TERRENCE J. JOYCE, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S STATUS REPORT

Pursuant to this Court's instructions at the scheduling conference conducted on December 15, 2005, the plaintiff submits this status report on the parties' progress in working out an agreement on the defendant's outstanding medical student loan debt.  The defendant has provided a majority of the information requested by the plaintiff regarding the defendant's financial situation.  The plaintiff is in the process of reviewing this information and sharing same with a representative from the Department of Health and Human Services.  It is the plaintiff's intention to submit a proposed payment agreement to the defendant after fully reviewing the financial information.  This proposed payment agreement will involve a joint effort between a representative from the Department of Health and Human Services and the United States Attorney's Office.  Because the approval of any proposed payment agreement will involve the defendant, the Department of Health and Human Services, and the United States

Attorney's Office, the plaintiff respectfully requests that this Court allow the parties an additional sixty (60) days to reach an agreement and report back to the Court by means of another status report on or before April 17, 2006.

This status report is filed solely by the plaintiff as the plaintiff was unable to contact the defendant telephonically regarding same.

WHEREFORE, the United States respectfully requests that this Court direct the parties to submit another status report on or before April 17, 2006.

```
                                    Respectfully submitted,

                                    UNITED STATES OF AMERICA
                                    By its attorneys

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

Dated: February 15, 2006   By:      /S/ Christopher R. Donato
                                    CHRISTOPHER R. DONATO
                                    Assistant U.S. Attorney
                                    John Joseph Moakley Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3303
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above-document was served by first class mail, postage prepaid, upon the *pro se* defendant at the following addresses:

Terrence J. Joyce
30 Fort Meadow Drive
Hudson, MA 01749

```
Dated: February 15, 2006            /s/ Christopher R. Donato
                                    CHRISTOPHER R. DONATO
                                    Assistant U.S. Attorney
```

2