```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|         ) | |
|     Plaintiff,        ) | |
|         ) | |
| v.                              ) | Court No.   05-11818-RWZ |
|         ) | |
| TERRENCE J. JOYCE,      ) | |
|         ) | |
|     Defendant.       ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

As more fully demonstrated in the accompanying Memorandum in Support, the United States of America respectfully requests that this Court grant summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure.

```
                         Respectfully submitted,

                         UNITED STATES OF AMERICA
                         By its attorneys

                         MICHAEL J. SULLIVAN
                         United States Attorney

Dated: January 10, 2007  By:  /S/ Christopher R. Donato
                         CHRISTOPHER R. DONATO
                         Assistant U.S. Attorney
                         John Joseph Moakley Courthouse
                         1 Courthouse Way, Suite 9200
                         Boston, MA  02210
                         (617) 748-3303
```

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(2)**

The United States respectfully requests that this Court waive the requirements of Local Rule 7.1 that counsel confer prior to filing this motion as the defendant is *pro se*.

Dated: January 10, 2007        /s/ Christopher R. Donato
                               CHRISTOPHER R. DONATO
                               Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above-document was served by first class mail, postage prepaid, upon the *pro se* defendant at the following addresses:

Terrence J. Joyce
30 Fort Meadow Drive
Hudson, MA 01749

Dated: January 10, 2007        /s/ Christopher R. Donato
                               CHRISTOPHER R. DONATO
                               Assistant U.S. Attorney