**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

 **UNITED STATES OF AMERICA**
                          **Plaintiff**

                                                            **CIVIL ACTION**

             **V.**
                                                            **NO.  05CV11818-RWZ**

 **TERRENCE J. JOYCE**
                          **Defendant**


                          **JUDGMENT**


 **ZOBEL, D. J.**

   In accordance with the ENDORSED ORDER on 2/16/07;

          **JUDGMENT is entered for the PLAINTIFF in the amount of $26,259.58, plus interest from 12/15/01 at the agreed rate.**

                                              **By the Court,**


   **2/20/07**                                    **s/ Lisa A. Urso**
**Date**                                            **Deputy Clerk**