```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff,              )<br>)<br>v.                           )<br>)<br>TERRENCE J. JOYCE,           )<br>)<br>     Defendant.             )<br>) | Court No. 05-11818-RWZ |

### PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S
### MOTION FOR RECONSIDERATION

For the reasons set forth in the plaintiff's previously filed Motion for Summary Judgment and Memorandum in Support, the plaintiff respectfully requests that this Court deny the defendant's Motion for Reconsideration of this Court's issuance of summary judgment in the plaintiff's favor.

                                        Respectfully submitted,

                                        UNITED STATES OF AMERICA
                                        By its attorneys

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

Dated: March 5, 2007    By:   /S/ Christopher R. Donato
                                        CHRISTOPHER R. DONATO
                                        Assistant U.S. Attorney
                                        John Joseph Moakley Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        (617) 748-3303

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the above-document was served by first class mail, postage prepaid, upon the *pro se* defendant at the following addresses:

Terrence J. Joyce
30 Fort Meadow Drive
Hudson, MA 01749

Dated: March 5, 2007        /s/ Christopher R. Donato
                                      CHRISTOPHER R. DONATO
                                      Assistant U.S. Attorney