UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| v. | ) | Court No. 05-CV-11818-RWZ |
| TERRENCE J. JOYCE, | ) | |
| Defendant | ) | |

NOTICE OF APPEAL

In accordance with Rule 4(a) of the Federal Rules of Appellate procedure for the First Circuit, Terrence J. Joyce, the defendant in the above captioned civil proceedings, respectfully appeals to the United States Court of Appeals for the First Circuit from the final judgment and order of the United States District Court entered in this case on February 16, 2007.

1

## CERTIFICATE OF SERVICE

I, Terrence J. Joyce, hereby certify that a copy of the foregoing notice has been served, pro se, via First Class United States mail, postage prepaid, upon the following parties:

United States of America
1 Courthouse Way, Suite 9200
Boston, Mass. 02210


Dated:   April _13_, 2007

_____
Terrence J. Joyce