FILED
CLERKS OFFICE

2007 APR 24 P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Court No. 05-CV-11818-RWZ |
| ) | |
| TERRENCE J. JOYCE, ) | |
| ) | |
| Defendant ) | |

STATEMENT CERTIFYING NO TRANSCRIPT TO BE ORDERED

In accordance with Rule 10(b)(1) of the Federal Rule of Appellate procedure, the defendant, Terrence J. Joyce, certifies that no transcript will be ordered with regards to the above case. The defendant respectfully requests that the record be assembled and forwarded to the Appeals Court.

Sincerely,

Terrence J. Joyce

Dated: April 23, 2007